### John MATTHEWS
#### v.
### MILWHITE MUD SALES COMPANY et al.

No. 50222.

Jan. 9, 1970.

In re: John Matthews applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Iberia. 225 So.2d 391.

Writ refused. There is no error of law in the judgment.

229 So.2d 732

### MICHIGAN WISCONSIN PIPE LINE COMPANY
#### v.
### Eula Mae FRUGE.

No. 50227.

Jan. 9, 1970.

In re: Eula Mae Fruge applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 227 So.2d 606.

Writ refused. There appears no error of law in the judgment complained of.

SANDERS, J., is of the opinion a writ should be granted.

SUMMERS, J., is of the opinion the writ should be granted.

229 So.2d 733

### MICHIGAN WISCONSIN PIPE LINE COMPANY
#### v.
### Clifford HEBERT.

No. 50228.

Jan. 9, 1970.

In re: Clifford Hebert applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 227 So.2d 616.

Writ refused. There appears no error of law in the judgment complained of.

SANDERS, J., is of the opinion a writ should be granted.

SUMMERS, J., is of the opinion the writ should be granted.